AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Vincent SBANO<br><br>_Defendant_ | )<br>)   Case No. 5:19 MJ 83<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Vincent SBANO                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1073 Unlawful Flight to Avoid Prosecution

Date: Dec. 10, 2019

_Issuing officer's signature_

Joseph F. Saporito, Jr.
_Printed name and title_
United States Magistrate Judge

City and state: Wilkes-Barre, PA

### Return

| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ |
|---|
| at _(city and state)_ _____. |
| Date: _____                                _Arresting officer's signature_ |
|                                                 _Printed name and title_ |

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Pennsylvania

FILED WILKES-BARRE
PER MJJ
DEC 10 2019
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vincent SBANO Jr. | ) | Case No. 5:19MJ83 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/18/2016 TO THE PRESENT__ in the county of __Monroe__ in the __MIDDLE__ District of __PENNSYLVANIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | Unlawful Flight to Avoid Prosecution (UFAP) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT OF Deputy U.S. Marshal Matthew Little

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew J. Little Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 10, 2019

_____
*Judge's signature*

City and state: Wilkes-Barre, PA

Hon. Joseph F. Saporito, US Magistrate Judge
*Printed name and title*